**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-60222-WPD**

ELECTIVE HEALTH CARE, LLC., a New
York limited liability company and MAXIM
HAIR RESTORATION, LLC, a New York
limited liability company

       Plaintiffs,

v.

MAXIM MEDICAL CENTER, P.A.,
a Florida corporation,

       Defendant.

_____/

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiffs, ELECTIVE HEALTH CARE, LLC, a New York limited liability company and MAXIM HAIR RESTORATION, LLC, a New York limited liability company, by and through their undersigned counsel, and in compliance with Federal Rule of Civil Procedure 7.1, state that they have no parent corporation or entity and that no publicly held corporation owns 10% or more of their stock.

Dated: February 9, 2022.

*Respectfully submitted,*

*s/ Andrew R. Schindler*
FBN 124845
*aschindler@grsm.com*

**GORDON REES SCULLY**
**MANSUKHANI LLP**
100 SE 2nd Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5339
*Counsel for Plaintiffs*

**GORDON REES SCULLY MANSUKHANI, LLP**
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on all counsel of record on February 9, 2022, via the CM/ECF filing system.

*s/ Andrew R. Schindler*